# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

TRAVIS LAMONT BELL ,

    Petitioner,

v.

DEPARTMENT OF COMMUNITY CORRECTIONS, KRISTY ZANDER, PATRICK BRADY, DISTRICT ATTORNEY'S OFFICE and KEN HEIMERMAN,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-092-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

**/s/ M. Hardin**
_____
**by Deputy Clerk**

_____4/3/08_____
____
Date